UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| EVA HOLMES<br>**Plaintiff,**<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, INC.,<br>JOHN DOES, and JANE DOES<br>**Defendants,** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:12-cv-332<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SETTLEMENT

NOW COMES Plaintiff, EVA HOLMES, by and through her undersigned counsel, hereby inform the Court that this matter has settled. Plaintiffs request 30 days to finalize the settlement documents and file a dismissal.

Respectfully Submitted,

/s/ Kim Lucas_____
Kim A. Lucas
Kyle Mathis & Lucas LLP
8226 Douglas Avenue, Suite 450
Dallas, TX 75225
(214) 706-7622 fax

ATTORNEY FOR PLAINTIFF
EVA HOLMES